UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI NORMAN,<br>    Plaintiff,<br>    v.<br>NANCY BERRYHILL,<br>    Defendant. | Case No. 17-cv-04108-SI<br><br>**ORDER TO FILE MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Terri Norman, who has filed this Social Security appeal pro se, has missed the deadline to file a motion for summary judgment or for remand. The Procedural Order in this case stated that plaintiff shall serve and file a motion for summary judgment or for remand within 28 days of service of defendant's answer. Docket No. 2. Defendant filed the answer on November 1, 2017. Docket No. 5. The Court will allow plaintiff a short extension of time to file the motion.

**The new deadline for plaintiff to file a motion for summary judgment or for remand is February 14, 2018. If plaintiff does not meet this deadline, this case may be dismissed for failure to prosecute.** As explained in the Procedural Order, Dkt. No. 2, the government shall serve and file any opposition or cross-motion within 28 days of service of plaintiff's motion. Plaintiff may then serve and file a reply within 14 days of service of the government's opposition or cross-motion.

If needed, plaintiff may seek information from the Legal Help Desk, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. Help Desks are located at the San Francisco and Oakland Courthouses and assistance is available by appointment. The San Francisco Help Desk is located at 450 Golden Gate Ave., 15th Floor, Room 2796 San Francisco, CA 94102. The Oakland Help Desk is located at 1301 Clay Street, 4th Floor, Room

470S Oakland, CA 94612. To make an appointment, call: (415) 782-8982. *See also* http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED**.

Dated: January 24, 2018

_____
SUSAN ILLSTON
United States District Judge