UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI NORMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY BERRYHILL,<br><br>　　　　Defendant. | Case No. 17-cv-04108-SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

　　　　This action has been pending since July 20, 2017. Dkt. No. 1. Plaintiff Terri Norman originally represented herself *pro se*. After plaintiff missed the deadline to file a motion for summary judgment or for remand in November 2017, the Court ordered her to file the motion by February 14, 2018. Dkt. No. 7. Attorney Georgeana Roussos filed a notice of appearance on February 9, 2018. Dkt. No. 8. Since then, plaintiff has sought four extensions of time, all without explanation as to why the extensions were needed. *See* Dkt. Nos. 9, 11, 13, 15. When the Court granted plaintiff's third request for an extension of time, setting the deadline for plaintiff's motion as May 3, 2018, the Court stated, "No further extensions are granted." Dkt. No. 14. Plaintiff then filed another request for an extension of time on May 3, asking for an additional twenty-one days to file her motion. Dkt. No. 15. The Court granted this extension, but set the deadline for plaintiff's motion as May 11, 2018. Dkt. No. 16. Plaintiff again missed this deadline and has not contacted the Court to explain the reason for the delay.

　　　　**Plaintiff is DIRECTED TO SHOW CAUSE on or before May 24, 2018, why this case should not be dismissed for failure to prosecute. Plaintiff may do so by filing a statement in writing explaining the reason for her failure to meet the Court's deadlines and by filing a motion for summary judgment or remand <u>no later than May 24, 2018</u>. If plaintiff does not**

**file a motion by this date, or otherwise receive permission of the Court, the Court will'
without further notice, dismiss this appeal without prejudice for failure to prosecute.**

**IT IS SO ORDERED**.

Dated: May 11, 2018

_____
SUSAN ILLSTON
United States District Judge