UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI NORMAN,<br>　　　　Plaintiff,<br>　　v.<br>NANCY BERRYHILL,<br>　　　　Defendant. | Case No. 17-cv-04108-SI<br><br>**JUDGMENT** |

The Court has granted in part and denied in part plaintiff's motion for summary judgment and denied defendant's cross-motion for summary judgment. This action has been remanded to the Commissioner of Social Security for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 19, 2018

_____
SUSAN ILLSTON
United States District Judge